UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
APR 23 2003
GRANT PRICE, CLERK
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OK
DEPUTY

In re:
LOWMAN, MATTHEW A

Debtor(s)

Case No. 03-12022 BH

Chapter 7

## INITIAL TRUSTEE REPORT AND SECTION 341 MEETING MEMO

A. 341 MEETING RECORD
Meeting Date and Time: 04/07/03 09:55am
Debtors Attorney: STONER

Adjourned or continued to: / /

_____ Debtor appeared, was examined and meeting concluded.
_____ Debtor filed schedules.
_____ Debtor filed Declaration of intent.

B. INVENTORY
_____ Trustee adopts the schedules of the Petition as his inventory.
_____ Trustee will file inventory within 30 days.

C. ASSET DETERMINATION
_____ Trustee has determined this is a no asset case and will file Report of No Distribution within 10 days.
_____ Not determined.

D. Time to conclude administration estimated at: _____4/03_____

Dated: APR 21 2003

ROBERT D. GARRETT, Trustee
P.O. Box 32427
Oklahoma City, OK 73123-0627
(405) 842-0230

Appearance/Comments:

Documents Received — need not attend

