(form15)                                                              FILED
                                                                      06/17/03

          UNITED STATES BANKRUPTCY COURT           Grant Price,  Clerk
             Western District of Oklahoma          U.S. Bankruptcy Court
                                                   West. Dist. of Oklahoma
                                                            by: ad

In re:  Matthew A. Lowman

                                          Case No.:  03 - 12022

    USBC - OKW
    File Copy


                          DISCHARGE OF DEBTOR

    It appearing that a petition commencing a case under title 11, United
States Code, was filed by or against the person named above on 02/27/03,
and that an order for relief was entered under chapter 7 and that no com-
plaint objecting to the discharge of the debtor was filed within the time
fixed by the court [or that a complaint objecting to discharge of the
debtor was filed and, after due notice and hearing, was not sustained];

IT IS ORDERED THAT:

    1.  The above-named debtor(s) is(are) released from all dischargeable
        debts.
    2.  Any judgment heretofore or hereafter obtained in any court other
        than this court is null and void as a determination of the personal
        liability of the debtor with respect to any of the following:
        (a) debts dischargeable under 11 U.S.C. Sec.523;
        (b) unless heretofore or hereafter determined by order of this
            court to be nondischargeable, debts alleged to be excepted from
            discharge under clauses (2),(4),(6) and (15) of 11 U.S.C. Sec.
            523(a);
        (c) debts determined by this court to be discharged.
    3.  All creditors whose debts are discharged by this order and all
        creditors whose judgments are declared null and void by paragraph
        2 above are enjoined from instituting or continuing any action or
        employing any process or engaging in any act to collect such debts
        as personal liabilities of the above-named debtor.

Dated: 06/17/03                              BY THE COURT

                                             /s/ Richard L. Bohanon

                                             Richard L. Bohanon
(rev. 1-97)                                  United States Bankruptcy Judge

9