(form55)

FILED

02/02/04

UNITED STATES BANKRUPTCY COURT
Western District of Oklahoma

Grant Price, Clerk
U.S. Bankruptcy Court
West. Dist. Of Oklahoma
by: dbar

In re: Matthew A. Lowman

Case No.: 03 - 12022
Judge: Richard L. Bohanon

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered. Accordingly, IT IS ORDERED that the trustee, Robert D. Garrett , is discharged and this case is closed.

Dated: 02/02/04

_____
United States Bankruptcy Judge

(rev. 1-99)