OKLAHOMA TAX COMMISSION  
MC CONNORS BLDG  
2501 N LINCOLN BLVD  
OKLAHOMA CITY OK 73194


ALL STAR FINANCE  
1218 N EASTERN AVE  
OKLAHOMA CITY OK 73160


SNAP ON CREDIT  
PO BOX 506  
GURNEE IL 60031


TINKER FEDERAL CREDIT UNION  
PO BOX 45750  
TINKER AFB OK 73145-0750


WILLIAMS BOREN AND ASSOC  
TINKER FED CREDIT UNION  
401 NORTH HUDSON  
OKLAHOMA CITY OK 73102


WINCHESTER RUN APARTMENTS  
201 SE 89TH  
OKLAHOMA CITY OK 73149